Matter of Larsen (2023 NY Slip Op 05438)

Matter of Larsen

2023 NY Slip Op 05438

Decided on October 26, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 26, 2023

PM-246-23
[*1]In the Matter of Louis Nikolaus Larsen, an Attorney. (Attorney Registration No. 5190152.)

Calendar Date:October 23, 2023

Before:Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and Powers, JJ.

Louis Nikolaus Larsen, Stuart, Florida, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Louis Nikolaus Larsen was admitted to practice by this Court in 2013 and lists a business address in Stuart, Florida with the Office of Court Administration. Larsen now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Larsen's application.
Upon reading Larsen's affidavit sworn to August 11, 2023 and filed August 21, 2023, and upon reading the October 16, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Larsen is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and Powers, JJ., concur.
ORDERED that Louis Nikolaus Larsen's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Louis Nikolaus Larsen's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Louis Nikolaus Larsen is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Larsen is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Louis Nikolaus Larsen shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.